UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 16-37191
Stanley Hinton, Sr. )
Katherine Carolyn Hinton )  Chapter: 13
)
)  Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL**

THIS CAUSE coming to be heard on the motion of U.S. BANK NATIONAL ASSOCIATION, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. Section 362(d), that U.S. BANK NATIONAL ASSOCIATION is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by terminating said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 8612 S. Yates Blvd, Chicago, IL 60617.

(2) U.S. BANK NATIONAL ASSOCIATION's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to U.S. BANK NATIONAL ASSOCIATION on its claim.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 29, 2018

**Prepared by:**

Jose G. Moreno  ARDC#6229900
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-16-14461)